IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **WENDY PATTERSON,**<br>Plaintiffs | § § § | |
| VS. | § | CIVIL ACTION NO. 2:21cv187 |
| **WAL-MART ASSOCIATES, INC.**<br>Defendants. | § § § § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE US DISTRICT JUDGE:

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all parties hereby stipulate to the dismissal of this case, with prejudice.

    Respectfully Submitted:

By: /s/Amie Augenstein by permission S. Sullivan
    Amie Augenstein
    Texas Bar No. 24085184
    Southern District Bar No. 2236723
    Amie@GaleLawGroup.com
    P.O. Box 2591
    Corpus Christi, Texas 78403
    Tel:   (361) 808-4444
    Fax:  (361) 232-4139
    ATTORNEY IN CHARGE FOR PLAINTIFF

Of Counsel:
Christopher J. Gale
Texas Bar No. 00793766
Southern District Bar No. 27257
Chris@GaleLawGroup.com
Gale Law Group. PLLC
P.O. Box 2591
Corpus Christi, Texas 78403
Tel:   (361) 808-4444
Fax:  (361) 232-4139

By: /s/Susan Sullivan
Susan Sullivan
Federal ID No. 13144
State Bar No. 11546700
Email: ssullivan@atlashall.com
P. O. Box 3725
McAllen, Texas 78502
Tel: (956) 682-5501
Fax: (956) 686-6109
ATTORNEY IN CHARGE FOR DEFENDANT

Of Counsel:
Elizabeth M. Vela
Federal ID No. 3427266
State Bar No. 24103293
Email: evela@atlashall.com
ATLAS, HALL & RODRIGUEZ, LLP
P. O. Box 3725
818 W. Pecan Blvd. (78501)
McAllen, Texas 78502
Tel: (956) 682-5501
Fax: (956) 686-6109

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below, in compliance with the Federal Rules of Civil Procedure on this 24th day of January, 2023:

Christopher Gale
Amie Augenstein
Gale Law Group, PLLC
Gale Law Group. PLLC
P.O. Box 2591
Corpus Christi, Texas 78403

/s/Susan Sullivan
Susan Sullivan